PIONEER POTATO CO., INC., APPELLANT-RESPONDENT,
v. DIVISION OF EMPLOYMENT SECURITY, RESPOND-
ENT-PETITIONER.

See same case below: 31 *N. J. Super.* 553.

*Mr. Herman D. Ringle,* for the petitioner.

*Mr. Barclay Malsbury* and *Messrs. Warren & Stein* for the respondent.

November 15, 1954.  Granted.

NEW AMSTERDAM CASUALTY COMPANY, PLAINTIFF-
RESPONDENT, v. NICHOLAS POPOVICH, Sr., ET AL.,
DEFENDANTS-PETITIONERS.

See same case below: 31 *N. J. Super.* 514.

*Mr. Reuben P. Goldstein* for the petitioners.

*Messrs. Waxman & Waxman* and *Mr. Harry Schaffer* for the respondent.

November 15, 1954.  Granted.